IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Essie Johnson, | ) | Civil Action No.: 4:18-cv-01053-RBH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Sears Holding Corp., Sears Roebuck and Co., Sears Home Improvement Products, Inc., Sears Protection Company, | ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

On October 17, 2018, Defendants filed a notice of bankruptcy indicating that Defendants commenced a voluntary Chapter 11 case in the United States Bankruptcy Court for the Southern District of New York. *See* Notice of Bankruptcy Filing [ECF No. 20]. Therefore, it is

**ORDERED** that this case is **stayed** pursuant to 11 U.S.C. § 362 until further order of the court. The parties are directed to notify the court of the status of Defendants' bankruptcy petitions, if not sooner, by April 1, 2019.

**IT IS SO ORDERED.**

October 19, 2018                                          s/ R. Bryan Harwell
Florence, South Carolina                        R. Bryan Harwell
                                                                               United States District Judge